**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Michael E. GAUDIN, Defendant– Appellant.**

No. 90–30334.

United States Court of Appeals, Ninth Circuit.

Decided Sept. 16, 1993.

Before:. WALLACE, Chief Judge.

## ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.